# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
## DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

LANCE S. WILSON
DISTRICT COURT EXECUTIVE/CLERK

CYNTHIA JENSEN
CHIEF DEPUTY CLERK, LAS VEGAS

JAKE HERB
CHIEF DEPUTY CLERK, RENO

July 17, 2014

Clerk, U.S. District Court
District of Oregon - Portland
1000 Southwest Third Ave., Room 740
Portland, OR 97204-2802
InterdistrictTransfer_ORD@ord.uscourts.gov

RE:    USA v. Lloyd Benton Sharp
       Your Case No. 3:13cr00444-BR
       Our NVD Case No. 2:14-mj-00449-VCF

Dear Clerk:

       Please be advised that the above-referenced defendant was arrested in the District of
Nevada (Las Vegas) on a warrant issued by the District of Oregon - Portland and appeared
before The Honorable Cam Ferenbach, United States Magistrate Judge, on July 1, 2014. The
Defendant has been detained and remanded to the custody of the United States Marshal for
transport to the District of Oregon.  Enclosed are all documents completed in this district.


Thank you.

LANCE S. WILSON, Clerk
United States District Court


/s/ Shelly Denson
Deputy Clerk


Enclosures